**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:26-cv-23437-GAYLES**

**JAVIER ALMEIDA PEREZ,**

      **Petitioner,**

**v.**

**MIAMI FDC,**

      **Respondent.**
_____/

**<u>ORDER DISMISSING PETITION WITH PREJUDICE</u>**

      **THIS CAUSE** is before the Court on Petitioner Javier Almeida Perez's *pro se* Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (the "Second Petition"). [ECF No. 1]. Petitioner is detained by United States Immigration and Customs Enforcement (ICE) at the Miami Federal Detention Center (FDC), and he seeks either immediate release from custody or an individualized bond hearing. *See id.* at 6–7. For the reasons explained below, the Second Petition is **DISMISSED WITHOUT PREJUDICE**.

      On May 12, 2026, Petitioner filed a § 2241 petition that was assigned to another judge in this District (the "Original Petition"). *See* Pet., *Almeida Perez v. U.S. Att'y Gen.*, No. 1:26-cv-23360-DSL (S.D. Fla. May 12, 2026), Dkt. No. 1. The Second Petition is nearly identical to the Original Petition, as both petitions request the same relief and give the same factual and legal bases in support. *Compare id.*, *with* [ECF No. 1]. When identical petitions are filed before different judges, an option available to the Court is dismissal of the second-filed petition.[1] Dismissal is

_____

[1] The Court could also transfer the Second Petition to the judge assigned the Original Petition. *See* S.D. Fla. I.O.P. 2.15.00 (allowing transfer to "the Judge assigned to the lower-numbered action" to avoid "unnecessary duplication of judicial labor"); *cf.* S.D. Fla. L.R. 3.8.

appropriate to avoid the risk of inconsistent judgments by different judges.

Although the other judge has not yet adjudicated the Original Petition, Petitioner's habeas proceedings are further along in that earlier-filed case than here. *See* Order, *Almeida Perez v. U.S. Att'y Gen.*, No. 1:26-cv-23360-DSL (S.D. Fla. May 15, 2026), Dkt. No. 3. Therefore, the Court will dismiss this duplicative Second Petition without prejudice. *See McNair v. Johnson*, 143 F.4th 1301, 1306 (11th Cir. 2025) (recognizing the court's power to dismiss a habeas petition, "with or without prejudice," under its inherent authority). Accordingly, it is **ORDERED AND ADJUDGED**:

1. The Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241, [ECF No. 1], is **DISMISSED WITHOUT PREJUDICE**. Petitioner may prosecute his claims through the Original Petition in Case No. 1:26-cv-23360-DSL.

2. The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 18th day of May, 2026.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

Cc:

**Javier Almeida Perez,** *pro se*
A# 244765788
Miami Federal Detention Center
Inmate Mail/Parcels
Post Office Box 019120
Miami, FL 33101

**Noticing 2241/Bivens US Attorney**
Email: usafls-2255@usdoj.gov

**Noticing INS Attorney**
Email: usafls-immigration@usdoj.gov